**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW MEXICO**

DANNY YANTZ,

    Plaintiff,

v.

                                                                  No: 2:20cv00183 GBW/KRS

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

**STIPULATED ORDER BIFURCATING PLAINTIFF'S CONTRACT CLAIM AND STAYING DISCOVERY REGARDING EXTRA-CONTRACTUAL CLAIMS**

**THIS MATTER** having come before the Court upon Allstate Property and Casualty Insurance Company's ("Allstate") Unopposed Motion to Bifurcate Claims and Stay Discovery Regarding Extra-Contractual Claims, and the Court being duly advised,

**FINDS**:

    1.    That the Court has jurisdiction over the Parties; and

    2.    Plaintiff is pursuing a claim for uninsured motorist benefits under his policies and has also alleged bad faith and extra-contractual claims against Allstate; and

    3.    The parties have agreed to bifurcate the proceedings in the case to allow prompt resolution of the contract claim relating to the liability for the accident and amount, if any, of damages that Plaintiff is legally entitled to recover as a result of the accident.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Danny Yantz contract claim regarding the amount of damages he is legally entitled to recover for the acts of the alleged underinsured motorist (Count I) is hereby bifurcated from the extra-contractual bad faith and statutory claims (Counts II and III).

    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all discovery relating to the extra-contractual claims for bad faith and statutory violations is stayed.

                                                                                 _____
                                                                                 UNITED STATES MAGISTRATE JUDGE

Submitted and approved by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Noya*
   Jennifer A. Noya
   Post Office Box 2168
   Bank of America Centre, Suite 1000
   500 Fourth Street, N.W.
   Albuquerque, New Mexico  87103-2168
   Telephone: (505) 848-1800

*Attorneys for Allstate*

By: *Approved 4.16.20*
   Angel L. Saenz, Esq.
   333 S. Campo St.
   Las Cruces, New Mexico  88001-3511
   Email: saenzlaw@zianet.com

*Attorneys for Plaintiff*