### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

DANNY YANTZ,
,
        Plaintiff,

v.                                                  No. 2:20-cv-00183-GBW-KRS

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

        Defendant.

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on April 27, 2020, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 6), and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE